# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0280
LT Case No. 1998-CF-000242

———————————————

EUGENE GUS BLYTHE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Lisabeth Fryer, of Lisabeth J. Fryer, PA, Sanford, for Appellant.

No Appearance for Appellee.

August 13, 2024

PER CURIAM.

AFFIRMED.

MAKAR, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____